# In the United States Court of Federal Claims

No. 01-415 C
(Filed: December 5, 2003)

************************************
*
**PRECISION PINE & TIMBER, INC.**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES**, *
*
Defendant. *
*
************************************

**ORDER**

Pursuant to the recently revised timetable for the close of discovery in the case of *Precision Pine & Timber, Inc. v. United States*, No. 98-720 C, the Court hereby ORDERS that the stay in this case be continued until **March 11, 2004** and that the parties shall file a joint status report on or before that date addressing, *inter alia*, a proposed schedule for further proceedings in this matter, the prospects of any settlement, the likelihood of dispositive motions (and if so, a brief description of any such motions contemplated), and three proposed dates and times for a telephonic status conference.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge