IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRECISION PINE & TIMBER, INC., Plaintiff, | ) | |
| v. | ) | No. 01-415C (Judge Miller) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated November 4, 2003, the parties have conferred and have jointly agreed to the contents of the following status report:

The instant matter involves the suspensions of six of Precision Pine's timber sale contracts by the Forest Service from approximately May to December of 1997. The instant case had been stayed pending developments in Precision Pine and Timber v. United States, No. 98-720C, which involves the Forest Service's suspension from August 1995 to December 1997 of 14 of Precision Pine's timber sale contracts, including all six of the contracts at issue in the instant case. As the Court is aware, Case No. 98-720 is now moving toward final resolution of the damages issues.

The parties remain optimistic that the resolution of the damages phase of 98-720C may facilitate an analysis and resolution of plaintiff's damage claims in the instant case. Moreover, moving forward with the instant matter now will decrease the time and resources available to many of the same counsel and agency personnel who will be engaged in completing the resolution of damages phase in 98-720C as well as meeting the briefing schedule recently entered by this Court in Precision Pine & Timber, Inc. v. United States, No. 02-131C. In light of

the foregoing, the parties respectfully request that the instant matter remain stayed pending final resolution of the damages phase of 98-720C.

Should the Court still desire a telephonic status conference in this matter, counsel are available on the following dates and times: March 25, 2004 after 10:30 a.m. and April 4, 2004 anytime.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Direct

s/ Alan I. Saltman

ALAN I. SALTMAN
Saltman & Stevens
1801 K St. NW
Suite M-110
Washington D.C. 20006
Tel: (202)452-2140

Attorney for Plaintiff

March 11, 2004

s/ Claudia Burke

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 307-0972

Attorneys for Defendant

March 11, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 11th day of March, 2004, a copy of the foregoing Joint Status Report, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke