# In the United States Court of Federal Claims

PRECISION PINE & TIMBER, INC., Plaintiff,

v.

THE UNITED STATES, Defendant.

No. 01-415 C

Filed March 18, 2004

ORDER

Prior to reassignment, proceedings in this case were stayed pending developments in *Precision Pine and Timber v. United States*, No. 98-720C. On March 11, 2004, the parties filed a Joint Status Report in which they requested that this case remain stayed pending final resolution of the damages phase of 98-720C. Accordingly, the Court GRANTS the request of the parties and ORDERS that proceedings in this case remain stayed pending final resolution of the damages phase of 98-720C. The Court concludes that there is no need to conduct a telephonic status conference at this time.

IT IS SO ORDERED.

/s/ George W. Miller
GEORGE W. MILLER
Judge